**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NORTH DAKOTA**
**SOUTHWESTERN DIVISION**

| | | |
|---|---|---|
| Alahaji Mohamed Kanneh, | ) | |
| | ) | **ORDER RE PRETRIAL** |
| Plaintiff, | ) | **SCHEDULING/ DISCOVERY PLAN** |
| | ) | |
| vs. | ) | |
| | ) | |
| Burleigh County, | ) | Case No. 1:13-cv-067 |
| | ) | |
| Defendant. | ) | |

In lieu of conducting an initial pretrial scheduling/discovery conference in this case

pursuant to Rule 16(b) of the Federal Rules of Civil Procedure,

**IT IS HEREBY ORDERED** that each of the parties shall submit to the court a proposed

pretrial plan by March 14, 2014. The proposed pretrial plan should cover any applicable items

listed in the attached sample as well as any other items appropriate in this case.  All deadlines in

the proposed pretrial plan must lapse within fourteen months of the date of filing of the

complaint in this case.  The plans should not be filed with the court, but submitted the Magistrate

Judge at P.O. Box 670, Bismarck, ND 58502-670 or emailed to ndd_J-Miller@ndd.uscourts.gov.

Upon receipt and review of the proposed plans, the court will enter pretrial case management

plan and will schedule the trial for this matter.

Dated this 4th day of February,  2014.

> */s/ Charles S. Miller, Jr.*
> Charles S. Miller, Jr.
> United States Magistrate Judge