# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA
# SOUTHWESTERN DIVISION

| | |
|---|---|
| Alahaji Mohamed Kanneh, ) | |
| ) | |
| Plaintiff, ) | |
| ) | **ORDER RE DISCOVERY REQUESTS** |
| vs. ) | |
| ) | |
| Burleigh County, ) | |
| ) | Case No. 1:13-cv-067 |
| Defendant. ) | |

On March 26, 2014, plaintiff Alahaji Mohamed Kanneh filed with the court a Proposed Scheduling/Discovery Plan that includes requests for defendants to produce various materials. (Docket No. 32). Plaintiff does not request any affirmative relief from the court.

D.N.D. Civ. L.R. 26.1(C) provides, "A party must not file discovery materials except when required for a pending motion or when otherwise ordered by the court." Accordingly, the court directs that in the absence of a discovery dispute, discovery requests shall be served on defendant and shall not be filed with the court.

**IT IS SO ORDERED.**

Dated this 9th day of April, 2014.

/s/ Charles S. Miller, Jr.
Charles S. Miller, Jr., Magistrate Judge
United States District Court